**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 13 MAL 2022
:
Respondent    :
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
v.    :
:
:
OROBOSA ENAGBARE,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2022, the Application for Leave to File Post-Submission Communications is **GRANTED,** and the Petition for Allowance of Appeal is **DENIED**.